BUREAU OF HIGHWAYS, for an Order that Grade Crossing of Erie Railroad Company and the Allegany-Vandalia State Highway No. 5634, Shall Be Closed and Discontinued. (Case No. 1890.) — Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JOHN J. WALSH, Appellant, v. E. C. STEARNS & COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

J. H. COLEGROVE, INCORPORATED, Respondent, v. ARKPORT STATE BANK, Appellant.— Appeal dismissed, unless appellant shall be ready for argument on October seventh. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

WATERLOO TEXTILE CORPORATION, Appellant, v. THE STATE OF NEW YORK, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Application of HUGH C. McPADDEN for a Peremptory Mandamus Order Directed to CHARLES WHEELER, as President, and LAWRENCE W. GRACEY and Others, Comprising the Common Council of the City of Geneva, N. Y., etc.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

LEE H. HAWVER, Doing Business as THE HAWVER PRESS, Respondent, v. G. HENRY LEONARD, Also Known as GEORGE H. LEONARD, Doing Business as THE LEONARD SYSTEM, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Proceeding under the Grade Crossing Elimination Act for the Elimination of the Existing Highway-Railroad Crossings at Grade of the Railroad Operated by Erie Railroad Company at Big Tree Road and Buffalo-Hamburg County Highway No. 2 Near Big Tree Station in the Town of Hamburg, Erie County. (Case No. 4179.) — Appeal dismissed, without costs upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

PHILIP GRAFF and Others, as Trustees of LYONS BAPTIST CHURCH, Plaintiffs, v. G. GLOSS DUNNING and Others, Defendants.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

RAY H. BRAINARD, Respondent, v. FOREST J. BRAINARD, Appellant.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

BERTHA M. BOEPPLE, Appellant, v. BENJAMIN C. NEWTON, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

SOUTH BUFFALO STORES, INCORPORATED, Respondent, v. CITY OF BUFFALO and WILLIAM J. SULLIVAN, Appellants.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

NEW YORK CASUALTY COMPANY, Respondent, v. CITY OF BUFFALO and WILLIAM J. SULLIVAN, Appellants.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

ELIZABETH J. NAUGHTON, Appellant, v. JOHN J. CARROLL and Another, Respondents.— Appeal dismissed, unless appellant shall be ready for argument